UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-25280
DeJuan P Thompson  )
  )  Chapter: 13
  )  Honorable Jack Schmetterer
  )
  )
Debtor(s)  )

**ORDER ON ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**

IT IS HEREBY ORDERED that:

Debtor(s) attorney is allowed fees up to the amount of $98.00 based on the estimated amount Chapter 13 Trustee has available to pay said fees following case dismissal. Trustee may pay a lesser sum if it is determined that the full amount of said fee is not available.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 20, 2019